JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS ENRIQUE RAMOS,                    )        Case No. CV 11-08735-CJC  (OP)
                                       )
                                       )        J U D G M E N T
                    Petitioner,        )
          v.                           )
                                       )
RON BARNES, Acting Warden,             )
                                       )
                    Respondent.        )
_____)

          Pursuant to the Order Accepting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

          IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.


DATED: February 11, 2013

                              _____
                              HONORABLE CORMAC J. CARNEY
                              United States District Judge

Prepared by:


_____
HONORABLE OSWALD PARADA
United States Magistrate Judge